# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN ALEXIS PATRON LOPEZ (4),<br><br>　　　　Defendant. | Case No.: 21-CR-1683-WQH<br><br>**ORDER GRANTING MOTION TO RELEASE PRESENTENCE REPORTS** |

Upon application of the United States, the Court hereby enters an order granting the request to release redacted presentence reports in *United States v. Patron Lopez* (4), S.D. Cal. Case No. 21-cr-1683-WQH. (ECF No. 214.) Specifically, the Court orders the release of docket numbers 90, 97, 182, & 192 in S.D. Cal. Case No. 21-cr-1683-WQH, and docket number 22 in S.D. Cal. Case No. 22-cr-614-WQH. Redactions shall be prepared by the United States.

　　IT IS SO ORDERED

Dated:  October 31, 2024

　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court