UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ALEXIS PATRON LOPEZ,<br><br>Defendant. | Case No.: 21-CR-1683-WQH<br><br>ORDER SEALING |

Good cause appearing,

IT IS HEREBY ORDERED that defendant Patron Lopez's application to seal an unredacted version of his motion to dismiss and supporting documentation is GRANTED. Defendant Patron's unredacted motion to dismiss and supporting documents shall be sealed absent further order of this Court.

IT IS SO ORDERED.

DATED: 11/18/2024

HON. WILLIAM Q. HAYES
United States District Judge