

FILED
MAR 19 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ALEXIS PATRON LOPEZ,<br><br>Defendant. | Case No. 21-CR-1683-WQH<br><br>V E R D I C T |

## QUESTION ONE
## VENUE

1. Do you, the Jury, unanimously find the government proved that one or more of the Defendant's joint offenders was arrested in or first brought to the Southern District of California? *(Check one.)*

    __✓__ YES

    _____ NO

    *(If your response is YES, then proceed to Question 2. If your response is NO, then do not answer any other Questions and sign and date this Verdict form on the final page.)*

## QUESTION TWO
## COUNT ONE
## INTENTIONAL KILLING WHILE ENGAGED IN DRUG TRAFFICKING

2. We, the Jury, unanimously find the defendant, BRIAN ALEXIS PATRON LOPEZ (*check one*):

   _____ NOT GUILTY

   \_\_✓\_\_\_ GUILTY

   of Intentional Killing While Engaged in Drug Trafficking, as charged in Count One of the indictment.

   *(If your response is NOT GUILTY, then answer Questions 3 & 4. If your response is GUILTY, then do not answer Questions 3 & 4 and proceed to Question 5.)*


## QUESTION THREE
## COUNT ONE – LESSER OFFENSE
## CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

3. We, the Jury, unanimously find the defendant, BRIAN ALEXIS PATRON LOPEZ (*check one*):

   _____ NOT GUILTY

   _____ GUILTY

   of Conspiracy to Possess with Intent to Distribute a Controlled Substance, a lesser offense of the offense charged in Count One of the indictment.

   *(Proceed to Question 4.)*

## QUESTION FOUR
## COUNT ONE – LESSER OFFENSE
## CONSPIRACY TO IMPORT A CONTROLLED SUBSTANCE

4. We, the Jury, unanimously find the defendant, BRIAN ALEXIS PATRON LOPEZ (*check one*):

    _____ NOT GUILTY

    _____ GUILTY

   of Conspiracy to Import a Controlled Substance, a lesser offense of the offense charged in Count One of the indictment.

   (*Proceed to Question 5.*)

## QUESTION FIVE
## COUNT TWO
## HOSTAGE TAKING RESULTING IN DEATH

5. We, the Jury, unanimously find the defendant, BRIAN ALEXIS PATRON LOPEZ (*check one*):

    _____ NOT GUILTY

    \_\_✓\_\_\_\_ GUILTY

   of Hostage Taking Resulting in Death, as charged in Count Two of the indictment.

   (*If your response is NOT GUILTY, then answer Question 6. If your response is GUILTY, then do not answer Question 6 and proceed to Question 7.*)

## QUESTION SIX
## COUNT TWO – LESSER OFFENSE
## HOSTAGE TAKING NOT RESULTING IN DEATH

6. We, the Jury, unanimously find the defendant, BRIAN ALEXIS PATRON LOPEZ (*check one*):

   _____ NOT GUILTY

   _____ GUILTY

   of Hostage Taking Not Resulting in Death, a lesser offense of the offense charged in Count Two of the indictment.

   (*Proceed to Question 7.*)

## QUESTION SEVEN
## COUNT THREE
## CONSPIRACY TO COMMIT HOSTAGE TAKING
## RESULTING IN DEATH

7. We, the Jury, unanimously find the defendant, BRIAN ALEXIS PATRON LOPEZ (*check one*):

   _____ NOT GUILTY

   \_\_\_✓\_\_\_ GUILTY

   of Conspiracy to Commit Hostage Taking Resulting in Death, as charged in Count Three of the indictment.

   (*If your response is NOT GUILTY, then answer Question 8. If your response is GUILTY, then do not answer Question 8 and proceed to sign and date this Verdict form below.*)

4

## QUESTION EIGHT
## COUNT THREE – LESSER OFFENSE
## CONSPIRACY TO COMMIT HOSTAGE TAKING
## NOT RESULTING IN DEATH

8. We, the Jury, unanimously find the defendant, BRIAN ALEXIS PATRON LOPEZ (*check one*):

   _____ NOT GUILTY

   _____ GUILTY

of Conspiracy to Commit Hostage Taking Not Resulting in Death, a lesser offense of the offense charged in Count Three of the indictment.

(*Sign and date this Verdict form below.*)

Date: March 19, 2025

_____
FOREPERSON