Name MEGHAN BLANCO (238171)
Address 28202 Cabot Road, Suite 300
City, State, Zip Laguna Niguel, CA 92677
Phone 949.296.9869
Fax
E-Mail mblanco@meghanblanco.com
☐ FPD ☐ Appointed ☒ CJA ☐ Pro Per ☐ Retained

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ~~UNITED STATES OF AMERICA,~~<br><br>PLAINTIFF(S),<br>v.<br><br>BRIAN ALEXIS PATRON LOPEZ,<br>DEFENDANT(S). | CASE NUMBER:<br>21-CR-1683<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that BRIAN ALEXI PATRON LOPEZ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☒ Sentence imposed:
Life

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on December 11, 2025 . Entered on the docket in this action on ____________________.

A copy of said judgment or order is attached hereto.

December 25, 2025
Date

/s/ Meghan Blanco
Signature
☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).